1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GENEVA LENELL ESTES,                    Case No. 2:25-cv-01711-CSK

12          Plaintiff,

13      v.                                   ORDER GRANTING IFP AND
                                             DIRECTING E-SERVICE
14   COMMISSIONER OF SOCIAL
     SECURITY,                               (ECF No. 2)
15
16          Defendant.

17          Presently pending before the Court is Plaintiff Geneva Lenell Estes's motion for

18   leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the

19   commencement of an action "without prepayment of fees or security" by a person that is

20   unable to pay such fees).[1] (ECF No. 2.) Plaintiff submitted the required affidavit, which

21   demonstrates an inability to prepay fees and costs or give security for them. Accordingly,

22   IT IS HEREBY ORDERED that:

23          1.     Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

24          2.     The Clerk of Court is directed to issue a summons for this case;

25          3.     In keeping with the Court's e-service procedure for Social Security cases,[2]

26   _____

     [1]  Actions involving review of Social Security decisions are referred to a magistrate
27   judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

28   [2]  https://www.caed.uscourts.gov/caednew/index.cfm/news-archive/new-social-security-

                                             1

1    service on the Defendant Commissioner of Social Security Administration

2    shall proceed under the Court's e-service program as follows. Once a

3    summons is issued, the Clerk of Court shall deliver to the Commissioner of

4    Social Security Administration and the United States Attorney's Office at

5    their designated email addresses a notice of electronic filing of the action

6    along with the summons and complaint. The Commissioner has agreed not

7    to raise a defense of insufficient service of process if provided with notice

8    of a complaint as detailed in this order. This order is not intended to

9    prevent parties from making any other motions that are appropriate under

10    the Federal Rules of Civil Procedure; and

11    4.    The Clerk of the Court is directed to serve the undersigned's scheduling

12    order in Social Security cases.

13

14    Dated:  July 24, 2025

15    _____
      CHI SOO KIM
16    UNITED STATES MAGISTRATE JUDGE

17

18

19    5, este.1711.25

20

21

22

23

24

25

26

27

28    case-procedures-effective-after-june-15-2021/.